UNITED STATES MAGISTRATE JUDGE J. KELLEY ARNOLD

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KENNETH J. TAYLOR, ) <br> ) <br>     Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> JO ANNE B. BARNHART, ) <br> Commissioner of Social Security, ) <br> ) <br>     Defendant. ) | CIVIL NO. C07-5335BHS <br><br> ORDER FOR EXTENSION OF TIME TO FILE OPENING BRIEF |

Based on Plaintiff's Stipulation and the agreement of the parties, it is hereby

ORDERED that Plaintiff's Opening Brief shall be filed on or before November 6, 2007, Defendant's Answering Brief shall be filed on or before December 4, 2007, and Plaintiff's Reply Brief shall be filed on or before December 18, 2007.

DATED this 31st day of October, 2007.

                                    **/s/ J. Kelley Arnold**
                                    J. KELLEY ARNOLD
                                    UNITED STATES MAGISTRATE JUDGE

Presented by:

S/EITAN KASSEL YANICH
EITAN KASSEL YANICH, WSBA #13690

ORDER FOR EXTENSION OF TIME
TO FILE PLAINTIFF'S OPENING BRIEF- [C07-5335BHS] - 1

Eitan Kassel Yanich, Attorney at Law
203 Fourth Avenue E., Suite 321
Olympia, WA. 98501
(360) 705-1226

1 | Attorney for Plaintiff
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

ORDER FOR EXTENSION OF TIME TO FILE PLAINTIFF'S OPENING BRIEF- [C07-5335BHS] - 1

Eitan Kassel Yanich, Attorney at Law
203 Fourth Avenue E., Suite 321
Olympia, WA. 98501
(360) 705-1226