UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

KENNETH TAYLOR,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.

Case No. C07-5335BHS-JKA

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation of Magistrate Judge J. Kelley Arnold (Dkt. 18), Plaintiff's objections thereto (Dkt. 19), Defendant's response to Plaintiff's objections, and the remainder of the file. In reviewing Plaintiff's objections, the Court finds that the Report and Recommendation fully addresses each of Plaintiff's objections. Therefore the Court does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation (Dkt. 18);

(2) The Social Security Administrations final decision is **AFFIRMED**; and

(3) The Clerk is directed to send copies of this order to all counsel of record and to the Hon. J. Kelley Arnold.

DATED this 6th day of June, 2008.

                BENJAMIN H. SETTLE
                United States District Judge

ORDER