# United States District Court

## WESTERN DISTRICT OF WASHINGTON

KENNETH TAYLOR

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C07-5335BHS/JKA

___  **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

XX  **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court adopts the Report and Recommendation (Dkt. 18); and

The Social Security Administration's final decision is **AFFIRMED**.

June 9, 2008
Date

BRUCE RIFKIN
Clerk

s/Caroline M. Gonzalez
Deputy Clerk